**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 08-20597** |
| **MARATHON HEALTHCARE CENTER OF TORRINGTON, LLC** | ) | **CHAPTER 7** |
| **----------------------------------** | ) | **ADV. PRO. NO. 10-02046** |
| **THOMAS C. BOSCARINO, TRUSTEE** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **December 7, 2010** |
| **THE NURSE NETWORK, LLC** | ) | |
| **Defendant** | ) | |

**AMENDED MOTION TO APPROVE COMPROMISE AND SETTLEMENT OF CLAIM**

TO THE HONORABLE, ALBERT S. DABROWSKI UNITED STATES BANKRUPTCY JUDGE:

1. Movant is the duly qualified and acting Trustee in this case.

2. The above-captioned Debtor filed a petition for relief pursuant to Chapter7 of the United States Bankruptcy Code on January 7, 2009.

3. During the course of the Trustee's administration of this corporate Chapter 7 bankruptcy proceeding, the Trustee has reviewed certain financial records which disclose significant payments to creditors during the ninety (90) day period immediately preceding the filing of the Debtor's Chapter 7 case, which payments may constitute avoidable and recoverable preference payments pursuant to the applicable provisions of the United States Bankruptcy Code.

4. The Trustee, during the course of his examination of the books and records of the Debtor, determined that The Nurse Network, LLC as the recipient of the aggregate amount of Thirty Nine Thousand Two and 21/100 ($39,002.21) Dollars during the ninety (90) day period immediately preceding the filing of the Debtor's bankruptcy case by letter dated March 3, 2010 the Trustee made demand upon the President of The Nurse Network, LLC., for a turnover and recovery of such payments for the general benefit of unsecured creditors of the bankruptcy proceeding.

5. Movant has been offered the sum of Ten Thousand Two Hundred Eighty Eight and 02/100 ($10,288.02) Dollars in full satisfaction and settlement of the Trustee's claims relative to these payments. Half of said payment, $5,144.01 shall be made in good and sufficient bank funds within fourteen (14) calendar days of the entry of the Order approving this compromise. The balance, $5,144.01 being due six months thereafter.

6. In addition to the cash payment referenced in paragraph 5 hereof, said The Nurse Network, LLC., shall be prohibited from making any claim in this proceeding pursuant to Section 502 (h), or otherwise, with respect to the settlement payment which is the subject matter of this Motion.

7. **ANY RELEASE OR DISCHARGE CONSEQUENT TO THE COMPROMISE OF CLAIM SHALL HAVE NO FORCE AND EFFECT UNLESS AND UNTIL THE ENTIRE SUM OF $10,288.02 IS PAID TO THE TRUSTEE IN GOOD AND SUFFICIENT BANK FUNDS. TIME IS OF THE ESSENCE**.

8. The Creditor has raised defenses to the claim of the Trustee and disputes all claims made by the Trustee. The Creditor has raised defenses such as ordinary course payments and new value to the claims of the Trustee.

9. Movant believes that the settlement is fair and reasonable and in the best interest of the estate and should be approved by the Court. The Movant has considered the probabilities of success, the complexity, expenses, inconvenience and delay of continued litigation, as well as the paramount interest of creditors in his deliberation.

10. The settlement amount offered would be an in full cash payment.

11. The United States Court of Appeals for the Second Circuit has held that a Bankruptcy Court should approve a proposed settlement, after an independent review and evaluation of the applicable principals of bankruptcy law, unless it "falls below the lowest point in range of reasonableness". Coss v. Rodman (In re W.T. Grant Co.), 699 F.2d 599 (2d Cir.) cert.denied, 464 U.S. 822 (1983) (citing Newman v. Stein, 464 F. 2d 689, 692 (2d Cir.). cert. denied, 409 U.S. 1039 (1972).

WHEREFORE, Movant prays that the Court make its Order pursuant to FBRCP 9019(a) approving the above described compromise.

Dated at Glastonbury, Connecticut this 7th day of December , 2010.

Respectfully Submitted
/s/ John H. Grasso

John H. Grasso
Boscarino, Grasso & Twachtman, LLP
628 Hebron Avenue, Building Three
Glastonbury, CT 06033
Phone No. (860) 659-5657
Federal Bar No. ct03651

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 08-20597** |
| **MARATHON HEALTHCARE CENTER OF TORRINGTON, LLC** | ) | **CHAPTER 7** |
| **----------------------------------** | ) | **ADV. PRO. NO. 10-02046** |
| **THOMAS C. BOSCARINO, TRUSTEE** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **THE NURSE NETWORK, LLC** | ) | |
| **Defendant** | ) | |

**PROPOSED ORDER RE: TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT OF CLAIM**

Upon the Trustee's Motion to Approve Compromise and Settlement of Claim filed by Thomas C. Boscarino, Trustee, dated December 6, 2010, it is hereby:

ORDERED: That the estate may compromise the estate's claims against The Nurse Network, LLC., as specified in the Trustee's Motion to Approve Compromise for the sum payment of Ten Thousand Two Hundred Eighty Eight and 02/100 ($10,288.02) Dollars and upon the further terms and conditions set forth in such Motion.

Dated at Hartford, Connecticut this day of January, 2011.

________________________________
Albert S. Dabrowski

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 08-20597(asd)** |
| **MARATHON HEALTHCARE CENTER OF TORRINGTON, LLC** | ) | **CHAPTER 7** |
| **-----------------------------------** | ) | **ADV. PRO. NO. 10-02046** |
| **THOMAS C. BOSCARINO, TRUSTEE** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **THE NURSE NETWORK, LLC** | ) | **December 7, 2010** |
| **Defendant** | ) | |

**CERTIFICATION**

The undersigned Trustee hereby certifies that on December 7, 2010 in accordance with Rules 7004, 7005, and 9014 F.R.Bank.P., I served a copy of the Amended Motion to Approve Compromise and a copy of the Proposed Order to the following on the parties listed below:

Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Brian Zaccagnino
Denorfia & Zaccagnino
133 Main St
Southington, Ct 06489

Dated at Glastonbury, Connecticut on December 7, 2010.

/s/ John H. Grasso
John H. Grasso
Boscarino, Grasso & Twachtman, LLP
628 Hebron Ave., Building Three
Glastonbury, CT 06033
(860) 659-5657 Telephone
Federal Bar No.: ct03651